# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

343 Coolidge Avenue, Apartment #11, Waukesha Wisconsin 53186 which is a 12 unit two story apartment building, with tan or cream brick, brown trim and brown colored shingles. The address is attached to the front of the building in black lettering against white background. Apartment #11 is located on the second floor, Northwest corner of the building facing Coolidge Avenue and the apartment number is affixed to the outer door of the apartment.

Case Number: 11-877M(NJ)

## APPLICATION & AFFIDAVIT FOR SEARCH WARRANT

I, John Adamson, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**343 Coolidge Avenue, Apartment #11, Waukesha Wisconsin 53186 which is a 12 unit two story apartment building, with tan or cream brick, brown trim and brown colored shingles. The address is attached to the front of the building in black lettering against white background. Apartment #11 is located on the second floor, Northwest corner of the building facing Coolidge Avenue and the apartment number is affixed to the outer door of the apartment.**

located in the Eastern District of Wisconsin there is now concealed: **Please see Attachment A attached affidavit, which is hereby incorporated by reference.**

The basis for the search warrant under Fed. R. Crim. P. 41(c) is which is (check one or more):

✓ evidence of a crime;
✓contraband, fruits of a crime, or other items illegally possessed;
✓ property designed for use, intended for use, or used in committing a crime;
❏ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

Title 18, United States Code, Section 922(a)(6) and 922(a)(9).

The application is based on these facts:

✓ Continued on the attached sheet, which is incorporated by reference.
❏ Delayed notice of _____ days (give exact ending date if more than 30 days:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Applicant's signature
Name and Title: J. ADAMSON, SPECIAL AGENT

Sworn to before me, and signed in my presence.

Date July 15 , 2011

City and state: Milwaukee, Wisconsin

Judge's signature
THE HONORABLE NANCY JOSEPH
United States Magistrate Judge
*Name & Title of Judicial Officer*

# ATTACHMENT A

1. Firearms, including pistols, revolvers, shotguns and/or rifles, firearm boxes and containers, operation instructions, manuals and parts lists, receipts or invoices of firearm acquisition(s); and ammunition;

2. Receipts and/or records reflecting purchase of firearm(s);

3. Firearm components, including but not limited to, firearm frames, firearm receivers; stocks, trigger mechanisms, barrels, grips, sights, etc.; and

4. Items of personal property tending to establish the identities of the persons in control of the premises, including utilities, telephone company bills and receipts, cancelled mail envelopes and other documents and records.

# AFFIDAVIT FOR SEARCH WARRANT

Affiant, John Adamson, being first duly sworn on oath, states as follows:

1) I am employed as a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) assigned to the Milwaukee I Field Office since May of 1999; and been employed as a full time law enforcement officer for over 19 years.

2) I have received training in the investigation of unlawful possession of firearms and possession of firearms by prohibited persons. I have participated in numerous investigations involving the illegal possession, sale, and/or transfer of firearms to prohibited persons; and that these investigations have resulted in the arrest of criminal defendants and the seizure of records, firearms and/or ammunition. I have participated in the execution of numerous search warrants in which firearms, ammunition and/or records were seized.

3) In the course of my employment I conduct investigations of violations of federal firearms laws. Specifically, under Title 18 United States Code, Section 922(g)(9), federal law prohibits possession of firearms and/or ammunition by any person who has been convicted in any court of a misdemeanor crime of domestic violence, to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

4) The facts contained in this affidavit are known to me through my personal knowledge, training and experience, through information provided to me by others, and through information provided to me by other law enforcement officers and my

review of official law enforcement records and reports which I consider to be truthful and reliable.

5) Because this affidavit is submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are essential to establish the necessary foundation for the requested search warrant.

6) This affidavit is made in support of an application for a search warrant for the following premises: 343 Coolidge Avenue, Apartment #11, Waukesha, Waukesha County, in the Eastern District and State of Wisconsin (53186) to include all storage areas accessible to 343 Coolidge Avenue, Apartment #11, all persons present on premises, and any vehicle(s) associated with the residence and/or associated with JOSHUA J. ERMI, a 35 year old male.

7) I have observed the property and the property may be described as follows: 343 Coolidge Avenue is a 12 unit two story apartment building, with tan or cream brick, brown trim and brown colored shingles. The address is attached to the front of the building in black lettering against white background. I have been told by Lisa Huron, part owner of this apartment building, that apartment #11 is located on the second floor, Northwest corner of the building facing Coolidge Avenue, and the apartment number is affixed to the outer door of the apartment.

8) Based on the information set forth below, I submit that there is probable cause to believe that on or about June 24, 2011, and/or on or about June 30, 2011, in the State and Eastern District of Wisconsin, JOSHUA JOSEPH ERMI knowingly made a false and fictitious written statement to Federal Firearms Licensee (FFL) Richard Seebach,

whose licensed premises is located at 1630 S. Coachlight Drive, New Berlin, WI 53151 as to a fact material to the transfer/sale of a Mossberg, Model 500, 12 gauge shotgun with serial number T92680, in violation of Title 18, United States Code, Section 922(a)(6). Further, beginning on or about June 30, 2011, and continuing thereafter, ERMI, who was previously convicted of a misdemeanor crime of domestic violence (battery – victim spouse), in Milwaukee County, in case number 2006CM008107, knowingly received and possessed a Mossberg, Model 500, 12 gauge shotgun with serial number T9266801, which had been transported in interstate commerce prior to his receipt of it, in violation of Title 18, United States Code, Section 922(g)(9).

9) I submit there is probable cause to believe that within the above described premises there is evidence of false and fictitious written statement(s) to/from FFL Richard Seebach, and evidence of prohibited person in possession of a firearm, all in violation of Title 18 United States Code Sections 922(a)(6) and 922(g)(9), respectively. I believe such evidence would include the following:

   a) Firearms, including pistols, revolvers, shotguns and/or rifles, firearm boxes and containers, operation instructions, manuals and parts lists, receipts or invoices of firearm acquisition(s); and ammunition;

   b) Receipts and/or records reflecting purchase of firearm(s);

   c) Firearm components, including but not limited to, firearm frames, firearm receivers; stocks, trigger mechanisms, barrels, grips, sights, etc.; and

   d) Items of personal property tending to establish the identities of the persons in control of the premises, including utilities, telephone company bills and receipts, cancelled mail envelopes and other documents and records.

10) On July 12, 2011, I was assigned to a National Instant Criminal Background Check System (NICS) delayed denial pertaining to JOSHUA JOSEPH ERMI, a 35 year old male residing at 343 Coolidge Avenue, Waukesha, Wisconsin 53186. I was advised that on or about June 30, 2011, FFL Richard Seebach transferred one Mossberg, Model 500, 12 gauge shotgun with serial number T9266801 to ERMI. Federal firearms regulations require FFL's to call in a person's background check with either NICS and/or the State. A delayed denial is a denial made by either NICS or the State after a firearm has been transferred. Delayed denial cases are generally referred to ATF for investigation.

11) In regard to the NICS delayed denial investigation pertaining to ERMI, I have reviewed a copy of the ATF Form 4473 Firearms Transaction Record Part I – Over the Counter form in the name of JOSHUA JOSEPH ERMI, dated June 24, 2011 and dated June 30, 2011. The current address provided by the transferee (ERMI) on this form is 343 Coolidge Avenue, Waukesha, Wisconsin 53186. ERMI did not provide his apartment number on this form. Question 11i on the form asks, "Have you ever been convicted in any court of a misdemeanor crime of domestic violence (See Instructions for Question 11i)." The box "No" is checked (which I believe to be the false statement – see paragraph 12 below). This form indicates the transferee (ERMI) provided his State of Wisconsin Driver's License, #E650-4307-6167-00 which expires on May 7, 2015, as identification to FFL Richard Seebach. The form also indicates FFL Richard Seebach called in ERMI's background check on June 24, 2011. The initial response NICS provided to FFL Richard Seebach was "delayed".

The form indicates on June 30, 2011, said firearm was transferred to ERMI. On July 4, 2011, NICS called FFL Richard Seebach with a denial.

12) On July 12, 2011, I reviewed the NICS delayed denial assigned to me. I conducted surveillance at 343 Coolidge Avenue, Waukesha, Wisconsin. I observed a tan/gold colored Buick Lesabre Limited 4-door sedan with State of Wisconsin license plate 971RRW. I ran this plate on July 13, 2011 and learned this vehicle is registered to JOSHUA J. ERMI with an address of 343 Coolidge Ave. Apt. 11, Waukesha WI 53186-6181 to a 1990 Buick Lesabre, VIN #1G4HR54C7LH512382.

13) On July 13, 2011, I obtained a certified copy of the Criminal Complaint and Judgment of Conviction from the Milwaukee County Clerk's office, in case number 2006CM008107, State of Wisconsin vs. Joshua Ermi. These records indicate on November 15, 2006, ERMI was convicted of misdemeanor battery; and the victim listed in this case is Amy Ermi (ERMI's spouse).

14) On July 13, 2011, via the eTIME system, I queried ERMI's driver record, #E650-4307-6167-00, issued October 25, 2006, expires May 7, 2015, lists an updated address as of June 29, 2011 for ERMI of 343 Coolidge Ave Apt 11, Waukesha, WI 53186-6181.

15) On July 13, 2011, ATF Task Force Officer Detective Michael Caballero and myself interviewed Dan and Lisa Huron, part owners of the apartment building located at 343 Coolidge Avenue, Waukesha, Wisconsin. In summary, Lisa informed us that ERMI and his wife Amy ERMI moved into apartment #11 on or about May 1, 2011; the ERMI's have a lease with them from May 1, 2001 thru April 28, 2012; apartment #11 is located on the second floor, Northwest corner of the building facing Coolidge

Avenue, and the apartment number is affixed to the outer door of the apartment; and they listed one car, a 1990 Buick Lesabre (no plate) on their lease application.

16) On July 13, 2011, I consulted with ATF Special Agent Paul Harding who advised that the Mossberg, Model 500, 12 gauge shotgun with serial number T926801 listed on ATF Form 4473 in the name of JOSHUA JOSEPH ERMI was not manufactured in the State of Wisconsin and concluded for it to be present in the State of Wisconsin, the firearm traveled in interstate commerce.

17) Based upon my training and experience, I know individuals who own firearms generally store their firearms, records, and/or ammunition at their residence.

18) Based upon the facts contained in this affidavit, I submit that there is probable cause to believe JOSHUA JOSEPH ERMI is a prohibited person and is in possession of firearm(s) contrary to Title 18 United States Code, Sections 922(a)(6) and 922(g)(9), and that evidence of these offenses is located at 343 Coolidge Avenue, Apartment #11, Waukesha, Waukesha County, in the Eastern District and State of Wisconsin (53186), or a storage areas accessible to 343 Coolidge Avenue, Apartment #11, persons present on premises, or ERMI's 1990 Buick Lesabre, VIN #1G4HR54C7LH512382.